# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDO BALDARAMA DURAN,<br>Petitioner,<br><br>v.<br><br>ACTING or CURRENT WARDEN, Facility Administration Geo Group Inc., et al.,<br><br>Respondents. | CASE NO. 5:26-cv-06114-FLA-SK<br><br>**ORDER DENYING PETITION WITHOUT PREJUDICE AS MOOT** |

Because petitioner has been removed from the United States under an administratively final removal order, his petition under 28 U.S.C. § 2241 seeking release from civil detention pending removal is denied as moot. *See Picrin-Peron v. Rison*, 930 F.2d 773, 776 (9th Cir. 1991). The clerk of the court is directed to enter judgment accordingly and to close this habeas action without prejudice.

IT IS SO ORDERED.

DATED: October 26, 2026

STEVE KIM
United States Magistrate Judge