**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BERNARDO BALDARAMA DURAN,

Petitioner,

v.

ACTING or CURRENT WARDEN, Facility Administration Geo Group Inc., et al.,

Respondents.

CASE NO. 5:26-cv-06114-FLA-SK

**JUDGMENT**

Based on the order denying petition without prejudice as moot, IT IS ADJUDGED that this habeas action is closed without prejudice.

DATED: October 26, 2026

STEVE KIM
United States Magistrate Judge